Same case below, 415 Fed. Appx. 483.

**No. 10-11015. Luis Martinez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 862, 132 S. Ct. 202, 181 L. Ed. 2d 108, 2011 U.S. LEXIS 5989.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-11016. Elijah Cummings, Petitioner v. New York.**

565 U.S. 862, 132 S. Ct. 203, 181 L. Ed. 2d 108, 2011 U.S. LEXIS 6170.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 16 N.Y.3d 784, 919 N.Y.S.2d 500, 944 N.E.2d 1139.

**No. 10-11017. Donald David Dillbeck, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 862, 132 S. Ct. 203, 181 L. Ed. 2d 108, 2011 U.S. LEXIS 6274.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-11018. Richard E. Enyart, Petitioner v. Ohio.**

565 U.S. 862, 132 S. Ct. 203, 181 L. Ed. 2d 108, 2011 U.S. LEXIS 5857.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Franklin County, denied.

**No. 10-11019. Eric Jones, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 862, 132 S. Ct. 203, 181 L. Ed. 2d 108, 2011 U.S. LEXIS 6068,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-11020. Deanne Rose Upson, Petitioner v. William E. Wallace, III.**

565 U.S. 862, 132 S. Ct. 203, 181 L. Ed. 2d 108, 2011 U.S. LEXIS 6155.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 3 A.3d 1148.

**No. 10-11021. David Murillo-Betancourt, Petitioner v. United States.**

565 U.S. 862, 132 S. Ct. 203, 181 L. Ed. 2d 108, 2011 U.S. LEXIS 6291.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 421 Fed. Appx. 685.

**No. 10-11022. Sergio Martin Ortega, Petitioner v. United States.**

565 U.S. 863, 132 S. Ct. 204, 181 L. Ed. 2d 108, 2011 U.S. LEXIS 5978.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.